**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GONE GATOR MUSIC, ET AL., | ) | CASE NO.1:07CV2302 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| WOODY'S BAR & GRILLE, LTD., ET AL., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. The parties have advised the Court they will submit a subsequent consent entry detailing the terms of the settlement. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of the consent entry upon agreement of the parties.

IT IS SO ORDERED.

2/5/08
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge